UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STACY A. LOWE,

        Plaintiff,                          Civil Case No. 20-11216
                                                 Honorable Linda V. Parker

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## **OPINION AND ORDER REJECTING MAGISTRATE JUDGE'S MAY 21, 2020 REPORT AND RECOMMENDATION AS MOOT [ECF NO. 4]**

      On May 15, 2020, Plaintiff Stacy A. Lowe filed this lawsuit challenging the Commissioner of Social Security's final decision denying Plaintiff's application for social security benefits under the Social Security Act.  (ECF No. 1.)  Plaintiff also filed an application to proceed without prepaying fees or costs.  (ECF No. 2.)  This Court referred the matter to Magistrate Judge Elizabeth A. Stafford for a determination of all non-dispositive matters pursuant to 28 U.S.C. §636(b)(1)(A) and/or a report and recommendation ("R&R") on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B) and (C).  (ECF No. 3.)

      In a May 21, 2020 R&R, Magistrate Judge Stafford recommends that the Court deny Plaintiff's application to proceed *in forma pauperis* and require Plaintiff to pay the filing fee in this matter.  (ECF No. 4.)  On June 22, the Court

received the filing fee from Plaintiff.  Accordingly, the Court rejects the R&R (ECF No. 4) as moot.

**IT IS SO ORDERED**.

s/ Linda V. Parker<br>LINDA V. PARKER<br>U.S. DISTRICT JUDGE

Dated: September 16, 2020